IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HENRY DAVIS, # 267569, )<br>)<br>  Davis, )<br>)<br>)<br>v. )<br>)<br>CHRISTOPHER GORDY, *et al.*, )<br>)<br>  Respondents. ) | CIVIL ACTION NO.<br>2:19-cv-46-WHA-JTA<br>(WO) |

**ORDER**

On October 15, 2021, the Magistrate Judge entered a Recommendation that Petitioner James Henry Davis's petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied as time-barred under AEDPA'S statute of limitations and that this case be dismissed with prejudice. (Doc. 16.) Davis has filed Objections to the Recommendation. (Doc. 17.) Upon an independent review of the record and upon consideration of the Recommendation and Davis's Objections, it is ORDERED that:

(1) Davis's Objections (Doc. 17) are OVERRULED;

(2) the Magistrate Judge's Recommendation (Doc. 16) is ADOPTED; and

(3) this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

DONE this 3rd day of November, 2021.

                /s/     W. Harold Albritton
                W. HAROLD ALBRITTON
                SENIOR UNITED STATES DISTRICT JUDGE