IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HENRY DAVIS, # 267569,  )<br>  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>CHRISTOPHER GORDY, *et al.*,  )<br>  )<br>  Respondents.  ) | Civil Action No.<br>2:19-cv-46-WHA-JTA<br>(WO) |

**ORDER**

Petitioner James Henry Davis has filed a *pro se* notice of appeal, which the Court construes to contain a motion for a certificate of appealability and a motion for leave to appeal i*n forma pauperis*. (Doc. 22.) These motions are due to be denied.

A certificate of appealability is necessary before a petitioner may pursue an appeal in a habeas corpus proceeding. *See* 28 U.S.C. § 2253(c). To mandate the issuance of a certificate of appealability, a petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Barefoot v. Estelle*, 463 U.S. 880, 893 (1983). Further, "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). In making this determination as to good faith, the Court must use an objective standard, such as whether the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive merit," *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 1981) (per curiam).

Applying these standards, the Court finds that Davis has not made a substantial showing of the denial of a constitutional right. In addition, the Court is of the opinion that Davis's appeal has no legal or factual basis and, accordingly, is frivolous and not taken in good faith. S*ee Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam).

Accordingly, it is

ORDERED that Davis's motion for a certificate of appealability and motion for leave to appeal i*n forma pauperis* (Doc. 22) are DENIED.

DONE this 14th day of December, 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATE DISTRICT JUDGE